MELINDA HAAG (CABN 132612)
United States Attorney

J. DOUGLAS WILSON (DCBN 412811)
Chief, Criminal Division

ROBERT S. LEACH (CABN 196191)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7200
    Fax: (415) 436-7234
    Robert.Leach@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR 13-0444 RS |
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] PROTECTIVE ORDER |
| v. | |
| ADOREAN BOLEANCU, | |
| Defendant. | |

## STIPULATION

The United States and the defendant in this action, through undersigned counsel, hereby stipulate and agree as follows:

1. The United States is prepared to produce to defendant's counsel of record in this matter discovery containing sensitive tax, personal, and/or financial information of third parties, subject to the following conditions.

2. No counsel of record shall disclose any documents or information produced by the United States to anyone except his or her client, any defense investigators or any defense staff working on the case, and no defendant, defense investigator, or defense staff shall disclose such documents or information to anyone, absent further order of the Court.

STIPULATION AND [~~PROPOSED~~]
PROTECTIVE ORDER, Case No. CR 13-0444 RS

3. The documents and information described above shall be used only to prepare and evaluate the defense in this proceeding. Any person to whom the documents or information are disclosed must be provided with a copy of this Stipulation and Order. The materials provided to defense counsel pursuant to this Stipulation and Order, and any copies thereof, shall be returned to the government at the conclusion of this case or shall be destroyed, with defense counsel certifying destruction. In addition, defense counsel shall be permitted to maintain in his electronic client file one copy of the confidential records for a period of seven years consistent with his obligations as an attorney licensed in California. This Stipulation and Order shall be appended as the first page of that electronic file which shall be segregated and noted as a CONFIDENTIAL FILE: SUBJECT TO PROTECTIVE ORDER.

4. The documents described above shall not be copied unless copying is necessary for preparation of the defense in this proceeding. Any copy of the materials that is made shall be accompanied at all times by a copy of this Stipulation and Order

DATED: July 29, 2013

                                         Respectfully submitted,

                                         MELINDA HAAG
                                         United States Attorney

                                         /s/
                                         _____
                                         ROBERT S. LEACH
                                         Assistant United States Attorney

                                         COLEMAN & BALOGH LLP

                                         /s/
                                         _____
                                         ETHAN A. BALOGH
                                         Attorney for Defendant Adorean Boleancu

## ORDER

In light of the stipulation and agreement of the parties to this action, and good cause appearing therefor, it is HEREBY ORDERED that disclosure of the above-described information shall be restricted as set for in Paragraphs 1 through 4 above.

Dated: 7/30/13

_____
Hon. Richard Seeborg
United States District Judge